WWR# 040626229

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/8/20 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>KELLY M. LAMBERT<br><br>              Debtor<br><br>RIVERSET CREDIT UNION<br>              Movant<br><br>KELLY M. LAMBERT<br>              Respondents/Debtor<br><br>RONDA J. WINNECOUR, Standing Trustee<br>Additional Respondent | CASE NO. 20-21621-GLT<br><br>CHAPTER 13<br><br>Related to Dkt. No. 23<br>Claim No. 5 |

**NOTICE OF WITHDRAWAL OF**
**PROOF OF CLAIM NUMBER 5-1 WITHOUT PREJUDICE**

Now comes, Riverset Credit Union, through its counsel, Garry Masterson and Weltman, Weinberg & Reis Co., L.P.A. and hereby withdraws its Proof of Claim Number 5-1 without prejudice, in the secured amount of $23,439.29 plus 8.44% interest per annum which was filed with this court on 6/10/2020.

.

Dated: 7/7/2020                                                WELTMAN, WEINBERG & REIS, CO., L.P.A.

SO ORDERED
July 08, 2020

_(signature)_
Gregory L. Taddonio    jah
United States Bankruptcy Judge

/s/Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 20-21621-GLT
Kelly M. Lambert                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: bsil              Page 1 of 1          Date Rcvd: Jul 08, 2020
                            Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
```
db          +Kelly M. Lambert,    6500 Adelphia St,    Pittsburgh, PA 15206-1079
cr          +Riverset Credit Union,    1700 Jane Street,    Pittsburgh, PA 15203-1812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
```
          Garry Alan Masterson    on behalf of Creditor    Riverset Credit Union pitecf@weltman.com
          James Warmbrodt     on behalf of Creditor    Quicken Loans, LLC bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Matthew M. Brennan     on behalf of Debtor Kelly M. Lambert attorneymatthewbrennan@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```