UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

IN RE:     (Debtors' names)  
KELLY M LAMBERT

CHAPTER 13

CASE NO: 20-21621

# NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

| **Business Name or Full Name of Creditor** (please print legibly or type): <br><br> TD Bank USA, N.A. | This change applies to **PROOF OF CLAIM #** (if known): 6 <br><br> Account # (if any): 2089 |
|---|---|
| **Old Payment Address** (or address to be replaced): <br><br> c/o Weinstein & Riley, P.S. <br> P.O. Box 3978 <br> Seattle, WA 98124-3978 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip): <br><br> c/o Weinstein & Riley, P.S. <br> P.O. Box 93024 <br> Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced): <br><br> c/o Weinstein & Riley, P.S. <br> 1415 Western Avenue <br> Suite 700 <br> Seattle, WA 98101 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip): <br><br> c/o Weinstein & Riley, P.S. <br> 1415 Western Avenue <br> Suite 700 <br> Seattle, WA 98101 |
| Date: 04/30/2025 | /s/ Jordan Morrison <br> **Signature of person submitting change of address** <br> Name: Jordan Morrison <br> Address: c/o Weinstein & Riley, P.S. <br> 749 Gateway, Suite G-601 <br> Abilene, TX 79602 <br> Phone #: (877) 332-3543 |

**THIS CHANGE APPLIES TO (CHECK ONE):** X     THIS CASE ONLY;  
AT PRIOR ADDRESS.

47944696