IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-21621-GLT |
| | : | Chapter 13 |
| Kelly M. Lambert | : | |
|    Debtor | : | Related to Doc. |
| | : | |
| Kelly M. Lambert | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Discover Bank, Mariner Finance LLC, People's | : | |
| Natural Gas LLC, Riverset Credit Union, | : | |
| Allegent Community Federal Credit Union, TD | : | |
| Bank USA NA, Synchrony Bank, Capital One | : | |
| N.A., Steel City Anesthesia LLC, Quicken Loans | : | |
| LLC, Capital One Bank USA NA, UPMC | : | |
| Physician Services, LVNV Funding LLC, | : | |
| Citibank NA, Portfolio Recovery Associates | : | |
| LLC, Duquesne Light Company | : | |
|    Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 27, 2020, at docket number 13, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 26, 2025

               By: <u>/s/Matthew M. Brennan, Esq.</u>
                 Matthew M. Brennan
                 201 S. Highland Avenue, Suite 201
                 Pittsburgh, PA 15206
                 PA ID No. 90195
                 412-414-9366
                 attorneymatthewbrennan@gmail.com