Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kelly M. Lambert** | : | Case No. 20−21621−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 54 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/27/25 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of June, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 54 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before August 11, 2025**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on **August 27, 2025 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21621-GLT |
| Kelly M. Lambert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 26, 2025 | Form ID: 604 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly M. Lambert, 6500 Adelphia St, Pittsburgh, PA 15206-1079 |
| 15245904 | + | Riverset Credit Union, 53 South Tenth St, Pittsburgh, PA 15203-1142 |
| 15245905 | + | Rocket loans, 1001 Woodward, Detroit, MI 48226-1904 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:56:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:42:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2025 00:57:45 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bncmail@w-legal.com | Jun 27 2025 00:24:00 | TD Bank USA, N.A., c/o Weinstein & Riley, 1415 Western Avenue, Suite 700, Seattle, WA 98101 |
| 15438788 | + | Email/Text: BKRMailOps@weltman.com | Jun 27 2025 00:25:00 | Allegent Community Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 15245894 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:57:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15259721 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:42:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15256490 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:42:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15245895 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:44:30 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15269990 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:43:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15245896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:44:24 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15245897 | ^ | MEBN | Jun 27 2025 00:19:05 | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |
| 15245898 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: 604 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| | | Jun 27 2025 00:43:27 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15249406 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 27 2025 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15245899 | + Email/Text: mrdiscen@discover.com | | |
| | | Jun 27 2025 00:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15272011 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Jun 27 2025 00:26:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15245900 | + Email/Text: administrative@foundationfinance.com | | |
| | | Jun 27 2025 00:26:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 15245901 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jun 27 2025 00:42:46 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15265593 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 27 2025 00:42:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15245902 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Jun 27 2025 00:22:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15508939 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 27 2025 00:43:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15273148 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 27 2025 00:44:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15251476 | + Email/Text: ebnpeoples@grblaw.com | | |
| | | Jun 27 2025 00:22:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15245903 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jun 27 2025 00:25:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15258349 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jun 27 2025 00:25:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15245906 | Email/Text: amieg@stcol.com | | |
| | | Jun 27 2025 00:22:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 15245907 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 27 2025 00:43:15 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15245908 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 27 2025 00:44:13 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15246321 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Jun 27 2025 00:43:55 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15245909 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 27 2025 00:57:02 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15245910 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 27 2025 00:44:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15254618 | Email/Text: bncmail@w-legal.com | | |
| | | Jun 27 2025 00:24:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101 |
| 15245911 | + Email/Text: bncmail@w-legal.com | | |
| | | Jun 27 2025 00:24:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15264578 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Jun 27 2025 00:23:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15245912 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jun 27 2025 00:25:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15257753 | Email/Text: bankruptcy.accounts@wakeassoc.com | | |
| | | Jun 27 2025 00:22:00 | STEEL CITY ANESTHESIA LLC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

Case 20-21621-GLT    Doc 58    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: 604 | Total Noticed: 40 |

| 15245913 | Email/Text: bankruptcy.accounts@wakeassoc.com | | |
|---|---|---|---|
| | | Jun 27 2025 00:22:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Riverset Credit Union, 1700 Jane Street, Pittsburgh, PA 15203-1812 |
| 15255064 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15252078 | ##+ | Riverset Credit Union, 1700 Jane Street, Pittsburgh, PA 15203-1812 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Riverset Credit Union pitecf@weltman.com gmasterson@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Debtor Kelly M. Lambert attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Jun 26, 2025 Form ID: 604 Total Noticed: 40
TOTAL: 9