**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| KELLY M. LAMBERT | Case No.:20-21621 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>      vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

June 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/26/2020 and confirmed on 7/10/20. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 153,490.35 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 153,490.35 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 7,892.47 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,892.47 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOA<br>    Acct: 2625 | 0.00 | 104,307.80 | 0.00 | 104,307.80 |
|   QUICKEN LOANS LLC FKA QUICKEN LOA<br>    Acct: 2625 | 63.12 | 63.12 | 0.00 | 63.12 |
|   RIVERSET CREDIT UNION**<br>    Acct: 1003 | 23,439.29 | 23,439.29 | 3,264.21 | 26,703.50 |
|   ALLEGENT COMMUNITY FCU<br>    Acct: 1003 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 131,074.42 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KELLY M. LAMBERT<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MATTHEW M BRENNAN ESQ<br>    Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC<br>    Acct: 5687 | 766.57 | 327.06 | 0.00 | 327.06 |
|   CITIBANK NA**<br>    Acct: 3512 | 1,737.35 | 741.27 | 0.00 | 741.27 |
|   CITIBANK NA**<br>    Acct: 7664 | 503.28 | 214.73 | 0.00 | 214.73 |
|   CREDIT MANAGEMENT COMPANY<br>    Acct: 3845 | 0.00 | 0.00 | 0.00 | 0.00 |
|   LVNV FUNDING LLC<br>    Acct: 4134 | 508.37 | 216.91 | 0.00 | 216.91 |
|   DISCOVER BANK(*)<br>    Acct: 1478 | 13,457.62 | 5,741.87 | 0.00 | 5,741.87 |
|   FOUNDATION FINANCE COMPANY<br>    Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE NA**<br>    Acct: | 359.96 | 153.58 | 0.00 | 153.58 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8482 | | | | |
|   MARINER FINANCE LLC | 429.09 | 183.08 | 0.00 | 183.08 |
| Acct: 6081 | | | | |
|   ROCKET LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1620 | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1073 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 2,163.72 | 923.18 | 0.00 | 923.18 |
| Acct: 0916 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 346.42 | 147.81 | 0.00 | 147.81 |
| Acct: 3780 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 848.99 | 362.23 | 0.00 | 362.23 |
| Acct: 9004 | | | | |
|   SYNCHRONY BANK BY AIS INFOSOURCE | 1,331.00 | 567.89 | 0.00 | 567.89 |
| Acct: 3989 | | | | |
|   TD BANK USA NA** | 3,167.71 | 1,351.55 | 0.00 | 1,351.55 |
| Acct: 2089 | | | | |
|   US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8581 | | | | |
|   STEEL CITY ANESTHESIA LLC | 368.50 | 157.23 | 0.00 | 157.23 |
| Acct: 8363 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 158.25 | 67.52 | 0.00 | 67.52 |
| Acct: 8764 | | | | |
|   UPMC PHYSICIAN SERVICES | 456.00 | 194.56 | 0.00 | 194.56 |
| Acct: 3270 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 405.45 | 172.99 | 0.00 | 172.99 |
| Acct: 1052 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9004 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 11,523.46 |

TOTAL PAID TO CREDITORS                                             142,597.88

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 23,502.41 |
| UNSECURED | 27,008.28 |

Date: 06/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KELLY M. LAMBERT

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:20-21621

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-21621-GLT

Kelly M. Lambert     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Jun 26, 2025     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly M. Lambert, 6500 Adelphia St, Pittsburgh, PA 15206-1079 |
| 15245904 | + | Riverset Credit Union, 53 South Tenth St, Pittsburgh, PA 15203-1142 |
| 15245905 | + | Rocket loans, 1001 Woodward, Detroit, MI 48226-1904 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:57:34 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:43:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2025 00:44:37 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bncmail@w-legal.com | Jun 27 2025 00:24:00 | TD Bank USA, N.A., c/o Weinstein & Riley, 1415 Western Avenue, Suite 700, Seattle, WA 98101 |
| 15438788 | + | Email/Text: BKRMailOps@weltman.com | Jun 27 2025 00:25:00 | Allegent Community Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 15245894 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15259721 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 01:28:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15256490 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:44:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15245895 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:57:19 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15269990 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:42:52 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15245896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 01:15:06 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15245897 | ^ | MEBN | Jun 27 2025 00:19:05 | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |
| 15245898 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 20-21621-GLT    Doc 60    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc Imaged
                                Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 40 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 27 2025 00:56:46 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15249406 | | Email/Text: mrdiscen@discover.com | Jun 27 2025 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15245899 | + | Email/Text: mrdiscen@discover.com | Jun 27 2025 00:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15272011 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2025 00:26:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15245900 | + | Email/Text: administrative@foundationfinance.com | Jun 27 2025 00:26:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 15245901 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:56:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15265593 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:42:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15245902 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 27 2025 00:22:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15508939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:57:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15273148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:44:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15251476 | + | Email/Text: ebnpeoples@grblaw.com | Jun 27 2025 00:22:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15245903 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 27 2025 00:25:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15258349 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 27 2025 00:25:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15245906 | | Email/Text: amieg@stcol.com | Jun 27 2025 00:22:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 15245907 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:57:33 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15245908 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:42:48 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15246321 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2025 01:15:12 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15245909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:43:16 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15245910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:44:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15254618 | | Email/Text: bncmail@w-legal.com | Jun 27 2025 00:24:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101 |
| 15245911 | + | Email/Text: bncmail@w-legal.com | Jun 27 2025 00:24:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15264578 | | Email/Text: BNCnotices@dcmservices.com | Jun 27 2025 00:23:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15245912 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 27 2025 00:25:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15257753 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jun 27 2025 00:22:00 | STEEL CITY ANESTHESIA LLC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 40 |

| 15245913 | Email/Text: bankruptcy.accounts@wakeassoc.com | | |
|---|---|---|---|
| | | Jun 27 2025 00:22:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Riverset Credit Union, 1700 Jane Street, Pittsburgh, PA 15203-1812 |
| 15255064 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15252078 | ##+ | Riverset Credit Union, 1700 Jane Street, Pittsburgh, PA 15203-1812 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Riverset Credit Union pitecf@weltman.com  gmasterson@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Debtor Kelly M. Lambert attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2    User: auto    Page 4 of 4
Date Rcvd: Jun 26, 2025    Form ID: pdf900    Total Noticed: 40

TOTAL: 9