**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/12/25 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
KELLY M. LAMBERT

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-21621

Chapter 13

Related to Docket No. 54

## ORDER OF COURT

AND NOW, this _____ 12th Day of August, 2025 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21621-GLT |
| Kelly M. Lambert | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 12, 2025 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly M. Lambert, 6500 Adelphia St, Pittsburgh, PA 15206-1079 |
| 15245904 | + | Riverset Credit Union, 53 South Tenth St, Pittsburgh, PA 15203-1142 |
| 15245905 | + | Rocket loans, 1001 Woodward, Detroit, MI 48226-1904 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 00:33:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 00:55:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2025 00:33:42 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bncmail@w-legal.com | Aug 13 2025 00:17:00 | TD Bank USA, N.A., c/o Weinstein & Riley, 1415 Western Avenue, Suite 700, Seattle, WA 98101 |
| 15438788 | + | Email/Text: BKRMailOps@weltman.com | Aug 13 2025 00:17:00 | Allegent Community Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 15245894 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 00:32:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15259721 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 00:44:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15256490 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2025 00:56:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15245895 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 00:32:02 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15269990 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 00:45:05 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15245896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 00:44:41 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15245897 | ^ | MEBN | Aug 13 2025 00:06:57 | Credit Management Control, Attn: Bankruptcy, Po Box 1654, Green Bay, WI 54305-1654 |
| 15245898 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Aug 13 2025 01:34:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15249406 | | Email/Text: mrdiscen@discover.com | Aug 13 2025 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15245899 | + | Email/Text: mrdiscen@discover.com | Aug 13 2025 00:15:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15272011 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 13 2025 00:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15245900 | + | Email/Text: administrative@foundationfinance.com | Aug 13 2025 00:17:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 15245901 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 00:33:09 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15265593 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 00:31:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15245902 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 13 2025 00:16:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15508939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 00:57:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15273148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 01:12:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15251476 | + | Email/Text: ebnpeoples@grblaw.com | Aug 13 2025 00:16:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15245903 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 13 2025 00:17:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15258349 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 13 2025 00:17:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15245906 | | Email/Text: amieg@stcol.com | Aug 13 2025 00:15:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 15245907 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 00:44:46 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15245908 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 00:33:26 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15246321 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2025 00:32:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15245909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 00:45:16 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15245910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 00:33:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15254618 | | Email/Text: bncmail@w-legal.com | Aug 13 2025 00:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101 |
| 15245911 | + | Email/Text: bncmail@w-legal.com | Aug 13 2025 00:17:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15264578 | | Email/Text: BNCnotices@dcmservices.com | Aug 13 2025 00:16:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15245912 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 13 2025 00:17:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15257753 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 13 2025 00:16:00 | STEEL CITY ANESTHESIA LLC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

Case 20-21621-GLT    Doc 67    Filed 08/14/25    Entered 08/15/25 00:32:04    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: pdf900 | Total Noticed: 40 |

| 15245913 | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 13 2025 00:16:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Riverset Credit Union, 1700 Jane Street, Pittsburgh, PA 15203-1812 |
| 15255064 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15252078 | ##+ | Riverset Credit Union, 1700 Jane Street, Pittsburgh, PA 15203-1812 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Riverset Credit Union pitecf@weltman.com  gmasterson@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Debtor Kelly M. Lambert attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Aug 12, 2025 Form ID: pdf900 Total Noticed: 40
TOTAL: 9